# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1102

VERSUS

JOSEPH M. BRISTER                                    **NOVEMBER 5, 2021**

---

In Re:    Joseph M. Brister, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 395328.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion filed with the district court, the bill of information, the habitual offender bill of information, the commitment order, all minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before January 4, 2022. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT